# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. DOLEZAL,<br><br>Defendant. | PO-25-5007 -GF-JTJ<br><br>VIOLATIONS:<br>E2028739<br>E2028740<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to dismiss violations E2028739 and E2028740 for good cause shown,

**IT IS ORDERED** that violations E2028739 and E2028740 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 31st day of January, 2025.

_____
John Johnston
United States Magistrate Judge